CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Amanda L. Seabock, Esq., SBN 289900
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>      Plaintiff,<br><br>  v.<br><br>LJRB Investments, LLC; Heidy Lozano Leiva,<br><br>      Defendants. | **Case:** 2:20-cv-10816-PA-PD<br><br>**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando garcia, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 16, 2020        CENTER FOR DISABILITY ACCESS

                                          By:      /s/Amanda Seabock
                                          Amanda Seabock, Esq.
                                          Attorneys for Plaintiff

1

Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i)